In the Matter of CLARENCE JERNIGAN, Respondent, against NEW YORK STATE LABOR RELATIONS BOARD, Appellant.

Argued October 5, 1949; decided October 20, 1949.

*William E. Grady, Jr., Philip Feldblum* and *William Dewar* for appellant.

*Danton L. McDougald* for respondent.

Order of Appellate Division and that of Special Term reversed and decison of New York State Labor Relations Board confirmed upon the ground that the decision of the board is supported by substantial evidence, with costs to the appellant in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ. LEWIS, J., dissents and votes to affirm the order of the Appellate Division.